**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000647
26-JUN-2025
08:19 AM
Dkt. 26 ODSD**

NO. CAAP-24-0000647

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JILL SONG, Petitioner-Appellee, v.
CARTER MANSELL; SKYLER OBREGON, Respondents-Appellees,
and MICHAEL MANSELL, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CIVIL NO. 3DSS-24-0000510)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On October 4, 2024, self-represented Defendant-Appellant Michael Mansell (**Mansell**) filed a notice of appeal.

(2) The statement of jurisdiction was due on or before November 18, 2024, and the opening brief was due on or before December 18, 2024.

(3) On December 26, 2024, the appellate clerk entered a "Default of Statement of Jurisdiction & Opening Brief."

(4) The court's February 7, 2025 Order granted Mansell's motion for relief from default, and extended the deadline for Mansell to file the statement of jurisdiction and opening brief to March 10, 2025. The February 7, 2025 Order stated: "Any further default of the statement of jurisdiction or opening brief may result in sanctions authorized by [Hawaiʻi Rules of Appellate Procedure] Rules 12.1(e) and 30, including, without limitation, monetary sanctions, the appeal being dismissed, or both."

(5) Mansell failed to request a further extension of time, or file the statement of jurisdiction and opening brief. Mansell has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge